**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA  92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
First National Collection Bureau, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>    Defendants. | CASE NO.: 3:22-cv-08112-LB<br><br>**NOTICE OF DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: March 9, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA  94102 |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that on March 9, 2023 at 8:00 a.m., or as soon thereafter as counsel may be heard before the Honorable William Alsup in Courtroom 12 of the United States District Court for the Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA, Defendant First National Collection Bureau, Inc. ("FNCB") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(c), for an order granting Defendant's Motion for Judgment on the Pleadings. This Motion is made as follows:

1. FNCB did not use an automatic telephone dialing system ("ATDS"), and thus, Plaintiff cannot establish a violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.*

2. Plaintiff fails to allege a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, because he fails to allege that he is a "consumer" within the meaning of the statute, and he also does not allege any facts which establish that FNCB violated the FDCPA.

3. Plaintiff's cause of action under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") fails for the same reasons as his FDCPA claim, and also because Plaintiff does not allege a violation of any provision that gives rise to a private right of action.

Accordingly, as set forth in detail in the accompany memorandum, Plaintiff has failed to allege a single cause of action, and therefore FNCB must be dismissed from this matter.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Joshua Bisiaux, and all other matters as may be presented at or before the hearing on this Motion, and such other matters of which this Court may take judicial notice.

Dated: January 30, 2023            **GOODMAN LAW FIRM, APC**

                                   By:  */s/ Brett B. Goodman*
                                        Brett B. Goodman
                                        Attorneys for Defendant
                                        First National Collection Bureau, Inc.

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 30, 2023

                                             By:  */s/ Brett B. Goodman*
                                                      Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127