**roncupp.law.research@gmail.com**

| | |
|---|---|
| **From:** | Carl Briganti <carlb@cssimpact.com> |
| **Sent:** | Tuesday, February 7, 2023 4:13 PM |
| **To:** | roncupp.law.research@gmail.com |
| **Subject:** | Thank you for your inquiry |

Ron,
Thank you for your inquiry.
As mentioned during our conversation, CSS offers a SaaS (Software as a Service) Cloud Ecosystem that has bolt-on platforms for Accounts Receivable, Debt Collections, Legal Case Management, (Dialer) & Omni-Channel Voice and Digital Engagement systems along with AI Voice/ChatBots.

We are the only offering in the market that delivers an all-in-one Enterprise platform for all offerings that works seamlessly as a single Ecosystem. The largest Legal Collections Firm in the country Weltman, Weinberg & Reis (weltman.com) uses our ecosystem with over 1000+ users.

Please see the attached 2 brochures for your reference and review.
http://brochure.cssimpact.com (showcases all of our Ecosystem platforms)
http://cx.cssimpact.com (showcases our AI, Dialer and Omnichannel offerings)

To confirm, your direct number is 707-318-9929 and the website is younglawoffice.com correct?


**Carl Briganti**
President/CEO at CSS, Inc.

**A** 5950 Canoga Avenue, Suite 120 Woodland Hills, CA 91367
**P** 877.277.4621 Ext.100 **M** 818.652.7530 **F** 818.227.2904
**E** carlb@cssimpact.com **W** www.cssimpact.com/

  

CSS Brochure