# Rethinking

the most *important*
technology your business runs on



## CSS IMPACT

financial ecosystems



# Rethinking

## the most important technology your business runs on

Financial Ecosystems run enterprises — bottom line — regardless of industry or vertical. Financial Ecosystems have the power to define your organization's success & future growth.



**what** is | **financial ecosystem?**

A Financial Ecosystem is an array of SaaS based fintech platforms & solutions interacting synergistically as a single revenue management & debt collections unified system.



**about** us |

**CSS, Inc.** is a leading provider of enterprise class Financial Ecosystems, offering a broad portfolio of financial SaaS platforms & solutions that span across the financial services public & private sectors.

# Turnkey

## centralized financial ecosystem platforms is what we do.

### financial ecosystem

array of SaaS based fintech platforms for every spoke of the revenue management, payment & omni-channel digital engagement process



# Customer Engagement

frictionless AI driven omni-channel digital engagement is what we offer.

# built-in omni-channel
## digital engagement systems



# Financial Ecosystems

## Leadership

Financial Ecosystems help companies improve their financial, business, & consumer engagement communications through all aspects of the revenue management & generation  process.

---

## *"one ecosystem does it all"*

CSS creates Financial Ecosystem platforms for entities that generate & manage mass receivables, leveraging today's generation contact preferences of omni-channel AI, voice & digital engagement experiences. Our ecosystem is designed to bolt-on desired platforms & consumer engagement subsystems customized to maximize monetization custom crafter individually for each client providing a turnkey unified business ecosystem cloud.





**Platform overview for**
# FINANCIAL SERVICES

ORIGINATIONS & LOAN SERVICING

**HD 2.0 | LMS**

## IMPACT HD 2.0 | LMS Loan Management System

HD 2.0 | LMS offers credit grantors & servicers an all-in-one front-to-back-office "Loan Management System" (LMS) that automates originations, credit granting, billing, collections, portfolio management & servicing with fully integrated omni-channel digital engagement subsystems - Text & Email Broadcasters, Automated Dialer, and Conversational AI (Artificial Intelligence) Virtual Agent bots that can communicate in a human-like natural language format to take & negotiate payments, answer common questions, respond by text, email and more.

**Accelerate lending decisions:** make decisions in hours rather than days & improve the customer experience.

### SOLUTIONS

- Advanced Visual Workflows
- Consumer Facing Portals
- Analytics & Dashboards
- Bureau Information Gathering
- Origination Workflows Engine
- Loan Servicing Rules Engine
- Billing & Notices
- Consumer Payment Portal
- Financial Regulatory Compliance
- Document Management System
- Auto-calculated Funding Payables
- Automated Transaction Workflows

### BENEFITS

- Automated originations process
- Auto approvals, declines & conditions
- Application decisioning & stipulations
- Payment calculation estimates
- Integrated loan billing & servicing
- Auto approval / non-approval alerts
- Integrated collections
- Integrated Legal System
- Vendor Management
- Data Annex Portal
- Loan history tracking
- Required enrollment
- Automatic payment enrollment offerings
- Paperless funding checklist
- Consolidated multi-loan funding
- Instant reduction in IT costs

CSS IMPACT Enterprise Financial Ecosystems All rights reserved    | page 6



## Platform overview for
# FINANCIAL SERVICERS

BILLING & RECEIVABLES

**HD 2.0 | RMS**

## IMPACT HD 2.0 | RMS Receivables Management System

HD 2.0 | RMS offers a proprietary advanced fintech Receivables Management System (RMS) for servicers and business units that require an all-in-one front-to-back-office account receivables solution that manages revenues, automates billing, notices, recoveries, soft-collections & vendors while governing compliance & debt.

**Manage aging receivables:** handle all aspects of the receivables & recoveries process within a single platform – simply.

### SOLUTIONS

- Cloud Enterprise Platform Application
- User-friendly interface
- Direct integration with ANY data source
- Bureau information gathering
- Intuitive auto calculations
- Online Consumer Payment Portal
- User-defined fields and assignments
- Automated bill generation
- Delinquency Management Module
- Live Analytic Dashboards & Report Writer
- Workflow task automation system
- Detailed audit trails

### BENEFITS

- Unified branding and servicing practices
- Consolidated system of records
- Real-time account updates
- Loan servicing
- Loan discharge
- Consolidation
- Default management
- Mass data scrubs (i.e. bankruptcy, deceased)
- Loan History tracking & attached app docs
- Automated transaction posting windows
- Automatic payment enrollment offerings
- Paperless application verification + custom checklists and multiple levels of approval
- Multi-payees funding functionality
- Customizable adverse action generation
- Data Annex Portal



Platform overview for
# COLLECTIONS

COLLECTIONS SYSTEM

# HD 2.0 | COLLECTIONS

## IMPACT HD 2.0 | COLLECTIONS  Debt Recovery System

HD 2.0 | Collections is designed to help you better manage your workflow & allow your collections unit to process accounts faster and more efficiently. Its scalability is designed to effortlessly manage billions of debtor accounts and support thousands of agents.

Debt collections : recovery made simple with predictive analytics & recovery workflows that keep a pulse on collections.

### SOLUTIONS

- Advanced visual workflows
- Consumer facing portals
- Analytics & dashboards
- Real-time account updates
- Document Management System
- Account linking and consolidation
- Dynamic Payment Arrangement Engine
- Portfolio / Investor tracking
- Financial regulatory compliance
- Real-time compliance breach prevention
- Auto calculated funding payables
- Automated transaction posting workflows

### BENEFITS

- Highly intuitive & customizable interface
- Agile access to all functions of the system
- Visually appealing "app-like" system
- Logically designed & crafted UIs
- Document access and management
- Visio like drag and drop workflow designer
- Comprehensive report writer
- Schedule reports automatically
- Detailed histories and audit trails
- Unparalleled user task automation
- Accommodates user-defined data
- Fully customizable user-defined windows with custom data fields
- Client or portfolio customizable fields
- User-defined data grids
- No coding or programming required



**Platform overview for**
**GOVERNMENT**

TAX INFORMATION MANAGEMENT

**HD 2.0 | TAX**

# IMPACT HD 2.0 | TAX Information Management System

HD 2.0 | TAX is an all-in-one Enterprise tax information management ecosystem platform for taxing authorities to easily automate tax return processing, payments, cashiering, receivables, collections & legal case management.

Tax auditing : handle all aspects of the taxation compilation process with detailed audit trails and delinquency tracking.

### SOLUTIONS

- Advanced visual workflows
- Taxpayer account information
- Interest & penalty calculations
- Detailed audit trails
- Department Data Annex Portal
- Tax notices generation
- Change orders systems
- Vendor management system
- Delinquency management
- Vendor accounts forwarding
- Accounting & cashiering functions
- Redemptions systems

### BENEFITS

- Tax return processing
- Credits & rebilling
- Tax calculators
- Back-taxes calculator
- Payment posting allocations
- Refund & issuance process workflows
- Citizen payment portal
- Documents management system
- Field agent application
- Bankruptcies, judgments & summaries
- Legal case management
- Payments & Pay-by-phone system
- Tax collections system
- Accounts linking system
- Payment arrangements
- BK / deceased scrubs



Platform overview for
# LEGAL FIRMS

LEGAL CASE MANAGEMENT                                    **HD 2.0 | LEGAL**

## IMPACT HD 2.0 | LEGAL  Recoveries Case Management

HD 2.0 | Legal is designed to help legal firms and in-house legal units better manage the legal recovery process. Enable your legal team to process legal cases & actions in mass effectively & within compliance. This solution will auto calculate court fees, generate documents & track every detail of the case.

**Legal cases:**  easy-to-use legal case management system that offers all functions for the legal recovery process.

### SOLUTIONS

- Legal Case Profiles
- Case Party Profiles
- Bankruptcy Module
- Case Linking
- Case & Party Services
- Case Events & Calendaring
- Legal Compliance
- Legal Workflow Manager
- Consent of Judgment Financial Buckets
- Litigation Costs/Expenses
- Client Legal Advance Costs Tracking
- Client Advance Suit Fees Tracking

### BENEFITS

- Reporting & dashboards
- Case events & calendaring
- Legal docs generation
- State. Federal & International compliance
- Case relationship management
- Document management system
- Security & access-level controls
- Legal costs, expenses & fees tracking
- Judgment interest tracking
- Forward legal advance costs tracking
- Forward advance suit fees tracking
- Document storage: tracking + archiving
- Answer records, consent of Judgment
- Post judgment action, abstract & liens
- Bank attachments & case party exams
- Garnishments, levies, and dismissals



Platform overview for
INVESTORS

PORTFOLIO MANAGER

HD 2.0 | PM

# IMPACT HD 2.0 | PM  Portfolio Manager

HD 2.0 | PM portfolio manager is designed for investment groups to better manage their financial investments.  Track portfolio performance, manage vendors, invoke compliance controls, analytics, stratification, ROI tracking and much more.

**Portfolio performance:** portfolio manager analytics dashboards delivers glass-panel account performance views on-demand.

## SOLUTIONS

- Portfolio Stratification
- Portfolio Sample Matching
- Sales Management Module
- ROI Tracking
- Score and Index Sample
- Packaging and Reselling Module
- Internal Rate of Return Tracking
- Tiered Rate, & Invoice/Expense Tracking
- Virtual Collection Agency
- Repurchase/Recourse Timeline Monitoring
- Portfolio Inventory & Creditor Tracking
- Data Exchange Module

## BENEFITS

- Advanced visual workflows
- Reporting & dashboards
- Vendor management
- Bureau information gathering
- Intuitive auto calculations
- Consumer payment Portal
- Automated reports
- Delinquency module
- Financial regulatory compliance
- Document management system
- Dynamic historical archiving
- Detailed audit trails
- Reimbursement financial actions tools
- Intuitive refund generation and issuance
- Overpayment management



Platform  for Omni-Channel
# Digital Consumer Engagement

**HD 2.0 | Ai Voice & Digital Engagement Solutions**

## Going Digital!

CSS offers a fully integrated omni-channel consumer digital engagement solution for every platform within our Financial Ecosystem. The frictionless consumer engagement system includes Text & Email message interactions, Automated Dialer, Cloud PBX, and interactive AI (Artificial Intelligence) Voice & Chat Agent bots that interact with human-like natural language modalities to take payments, verify party, negotiate & answer common questions, respond to requests by sending out texts or emails with attachments, links or information plus much more. Now businesses can reach a new generation of consumers quickly, simply, cost effectively & with complete confidence of compliance.

## impact omni-channel
### engagement system









Broadcaster   Chat Bot   Dialer   Pmt Portal

Text Broadcaster

HD 2.0 | Ai Bot

- PBX & IVR
- Auto Call Dialer
- ACI – Agent Call Imitator
- AI Interactive Chat Agent
- AI Interactive Voice Agent
- AI Driven Payment Portal
- Text & Email Broadcasters

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 12



Platform overview for
# CALL CENTERS

CONTACT MANAGEMENT                              **HD 2.0 | CONTACTS**

## IMPACT HD 2.0 | CONTACTS Call Center (PBX, Dialer, IVR)

HD 2.0 | CONTACTS is a comprehensive all-in-one cloud-based telephony contact management system designed to help call centers contact & engage with consumers. The solution includes a virtual PBX system, Integrated Dialer Pure Contacts, Mobile Contacts, IVR, call recordings, dynamic phone scrubbing & more.

**Managing calls :** handle all aspects of the calling process within one solution. Manage calls simply & increase customer satisfaction.

### SOLUTIONS

- Click-to-Dial
- Power Dialing
- Predictive Inbound/Outbound Dialer
- Visual Workflow Campaigns
- ACI (Agent Call Initiator)
- Management Driven Collector Queues
- IVR Scripting & Text-to-speech
- Real-time disposition & recording updates
- Dynamic ANI Display & Routing
- Cell Phone Scrubber
- ACD & Skill Routing
- ACD Last Call

### BENEFITS

- Fully compliant with regulation controls
- 100% Cloud-based
- Increases right party contacts
- Increases collections revenue
- Streamlines business processes
- Heightens productivity and efficiency.
- No agent required manual effort
- No file uploads / downloads, recordings management required – all is automated
- Call monitoring real-time dashboards
- Listen-in, barge-in or whisper monitoring
- Automated account screen pop
- Auto-records & appends file to account
- Screen and call throw feature
- Interactive Voice Recognition (IVR) for self-serve phone payments or acct review

# Platform overview for
# BPO (BUSINESS PROCESS OUTSOURCING)



**AGENCY SERVICES ENGAGEMENT SYSTEM**                    **HD 2.0 | BPO**

## IMPACT HD 2.0 | BPO  Business Process Outsourcing Platform

HD 2.0 | BPO is a unifying business process outsourcing platform that connects credit grantors & service providers such as collection agencies & legal firms that leverages CSS proprietary technology to deliver a dynamic environment for the real-time exchange of data with the following benefits:

### BENEFITS

- Ai for First Engagement Attempt Recoveries
- Collections & Legal Network
- Real-time Agency Glass Panel Performance
- Automatic Recalls & Placements

- Elimination of File Data Transfers
- Realtime Remittances & Reconciliations
- Direct Deposit to Originator's Account
- Dynamic Account Data Exchange
- Technology Driven Enforcement of Compliance





Platform overview for
COMPLIANCE

COMPLIANCE MANAGEMENT SYSTEM

HD 2.0 | CMS

# IMPACT HD 2.0 | CMS  Compliance Management System

HD 2.0 | CMS Compliance Management System is designed for all financial institutions compliance needs. The solution ensures that policies and procedures set out by the regulators such as the CFPB, FDCPA, TCPA & FCC & other regulations are employed by your legal advisor & followed by your organization with minimal efforts.

**Compliance Policies:** quickly & effortlessly implement new compliance policies throughout your enterprise.

## SOLUTIONS

- Policy creation module
- Disaster Recovery
- Dual Phone Call Auditing
- Compliment Tracker
- Corrective Action Report Tracker
- Training logs tracker
- CFPB Examination Guideline Modules
- Nature of Operation Compliance
- FDCPA I, II, & III Compliance
- GLBA & ECOA Compliance
- Litigation Compliance Module

## BENEFITS

- Each policy contains indicators to ensure policies are in place, are properly documented, staff is trained, there's evidence of policy implementation, steps for corrective action are in place, and that the policy has been audited.
- Nature of Operation Compliance Module
- FDCPA Parts I, II & III Compliance Module
- GLBA & ECOA Compliance Module
- Complaint Tracker
- Phone Recordings Tracker
- Corrective Action Audit Reports
- Dual Phone Call Audit
- Training Log



Platform overview for
# MEDICAL BILLING

REVENUE CYCLE MANAGEMENT                              **HD 2.0 | RCM**

## IMPACT HD 2.0 | RCM Revenue Cycle Management

HD 2.0 | RCM is a comprehensive, cloud-based medical billing & recovery system designed to help you better manage your revenue cycle processing needs for claims, billing, payments & collections. Offering tools to manage self-pay recoveries, creditor claims, insurance, legal as well as any medical financial transaction needs.

Managing revenues : handle all aspects of the revenue cycle process for providers, insurers & vendors within a single platform.

### SOLUTIONS

- Patient Engagement
- Customized Business Rules
- Healthcare Compliance
- Patient Portals
- Insurance Billing
- Self-Pay Billing
- Third Party Liability
- Early Out
- Legal Case Management
- Insurance Subrogation
- Audit Benefits & Recoveries
- Facility Accounting Consolidations

### BENEFITS

- Patient statements
- Claims tracking
- Medical charges tracking
- Batch patient billing
- Process credit cards
- Online patient & provider portals
- Built-in collections platform
- Subrogation system
- Reimbursement module
- Liens & SOL tracking
- Automated electronic remittance payments
- Benefits management reconciliation
- Store & preview professional claims (CMS-1500)
- Store & preview institutional claims (UB04)
- EDIs 835/837 electronic processing
- Write-off and collection agency file builder



## Platform overview for
# PAYMENT PORTAL

**PAYMENTS & ACCOUNT INFORMATION**          **HD 2.0 | PAYMENT PORTAL**

## IMPACT HD 2.0 | PAYMENT PORTAL  Consumer Payments

HD 2.0 | Payment Portal is a one-of-a-kind online consumer offering that allows all your consumers to make payments and access their information on a self-serving basis.

Each module and application within the portal is fully secured with extensive security and encryption measures to ensure all data is protected no matter where it is being accessed from. Consumers can perform numerous tasks within the portal's user-friendly interface to make business smoother for everyone involved.

### SOLUTIONS

- Branded payment portal
- Real-time account information
- Mobile and desktop footprint
- Customize payment arrangements

### BENEFITS

- Available 24 hours a day
- Simple to use
- Supports all merchant gateways
- Secure and compliant



CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 17



Portal overview for
# CLIENT DATA ANNEX

BUSINESS CLIENT PORTAL        **HD 2.0 | DATA ANNEX CLIENT PORTAL**

## IMPACT HD 2.0 | DATA ANNEX CLIENT PORTAL

HD 2.0 | Data Annex Client Portal business client portal that is a one-of-a-kind tool that allows all your clients & business users to access their information on a self-serving basis.

Each module and application within the portal is fully secured with extensive security and encryption measures to ensure all data is protected no matter where it is being accessed from. Clients & business users can perform numerous tasks within the portal's user-friendly interface to such as run reports, update information, upload & download files and much more to make business smoother for everyone involved.

### SOLUTIONS

- Branded payment portal
- Real-time account information
- Mobile and desktop footprint
- Customizable reports

### BENEFITS

- Available 24 hours a day
- Simple to use
- Supports all browsers
- Secure and compliant



# Solution overview for
# DIGITAL CUSTOMER SERVICE





HD 2.0 | Ai DIGITAL ENGAGEMENT PLATFORM               **HD 2.0 | Ai**

---



## Hands free banking 



On any platform


  
  
 

across devices




## With voice-activated devices like Google Home or Alexa

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  |  page 19

# Solution overview for
# DIGITAL CUSTOMER SERVICE

## Natural conversational experiences

HD 2.0 | Ai is an end-to-end artificial intelligence customer service engagement system that allows businesses to service customers with personalized rich natural conversational experiences across common devices & platforms of communications such as
web, mobile, messaging, phone, & IoT devices.



### HD 2.0 | Ai DIGITAL ENGAGEMENT PLATFORM          HD 2.0 | Ai

## IMPACT HD 2.0 | Ai  Digital Engagement Platform

HD 2.0 | Ai is a cognitive "Ai" machine learning digital agent platform that engages with customers in an interactive Natural Language conversation, understanding & recognizing the customer's intent & extracting personalized real-time rich-responses by interfacing behind the scenes with HD 2.0 | Ai business rules engine.

 ### Deliver automated phone service

Customers can call & talk directly to your Ai agent to ask common questions, check balances, schedule a alerts, make payments and much more.

### SOLUTIONS & BENEFITS

- Designed for a voice-first world
- Understands user sentiments
- Connect from any digital device
- Natural conversational experience
- Machine learning customer service
- Zero gravity marketing growth
- Opportunities acceleration
- Fraud detection & risk management
- Finance & underwriting automation
- Payment reminders & processing

 ### Understand customer sentiment

Ai performs Sentiment Analysis for each customer query, scores them & are used to hand off unsatisfied customers to live agents.

 ### Improve customer experience

Ai offers a frictionless self-service experience with personalized natural conversations & rich-responses.

 ### Designed for a voice-first world

All customer voice interactions are streamed in real-time & transcribed onto customer's account.

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 20

# Solution overview for
# DIGITAL CUSTOMER SERVICE

## On any platform

 
  
  

## Across devices



## Around the world



## HD 2.0 | Ai DIGITAL ENGAGEMENT PLATFORM

## HD 2.0 | Ai

## IMPACT HD 2.0 | Ai  Customer Service Engagement System

Today's consumers order goods on hands free devices like Google Home or Alexa while making dinner or relaxing by the beach.

What if you could also do all your banking like that?...  such as check your balance, make a payment or get a loan "hands free" without changing your customer's behavior?... Now you can!

CSS IMPACT Financial Ecosystems offers cognitive "Ai" machine learning financial bots that use common digital channels of communications such as voice-controlled devices like Google Home, Google Assistant, & Alexa, also Text, Chat, Facebook Messenger & other popular social messaging platforms as well as NL (Natural Language) Human Voice Telephone interactions.



### SOLUTIONS & BENEFITS

- Hands free banking
- Connect from any digital device
- Voice driven natural language "Bots"
- Machine learning customer service
- Virtual financial assistant "Bots"
- Zero gravity marketing growth
- Opportunities acceleration
- Fraud detection & risk management
- Finance & underwriting automation
- Payment reminders & processing

"Hey Google,
what's my budget?"

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  |  page 21

# Solution overview for
# IVR DIGITAL CUSTOMER SERVICE

## Better customer service experiences

HD 2.0 | IVR  is an end-to-end digital customer service engagement system that allows your business to service customers with real-time information with a self-serve experience. Incorporating the HD 2.0 | IVR as a part of your self-service strategy can have a big impact on customer satisfaction and improve business processes.



### HD 2.0 | IVR DIGITAL ENGAGEMENT PLATFORM                  HD 2.0 | IVR

## IMPACT HD 2.0 | IVR – Automated Drag & Drop IVR Builder

The HD 2.0 | IVR provides you the keys to create multi-channel self-service journeys that are custom fit for your customers. The HD 2.0 | IVR is more than a digital voice solution. It's a powerful omnichannel automation tool that is fully customizable so you can configure what works for your business.


### Digital Contact Workflow Editor

The HD 2.0 | IVR makes creating IVRs easy with Contact Flow Editor, a powerful IVR builder with an intuitive, drag and drop interface. Use your customer data, make intelligent routing decisions, & customize agent workflows with virtually zero development involved, or use our advanced modules to write code and configure third party integrations.

### SOLUTIONS & BENEFITS

The HD 2.0 Financial Ecosystem offers the HD 2.0 | IVR integrated platform as a Unified Data Model by which all information is consolidated within in one place, so customers do not repeat themselves, and agents have the information they need to deliver exemplary service.


### Dynamic message Editor

The Dynamic Message Editor lets you change your IVR message in minutes, so you can inform customers about new  or revised changes digitally.


### Customer Data lookups

The HD 2.0 | IVR is an integrated platform that match callers with the Ecosystem's customer records using a phone number, account information, or other data on file.


### Designed for a voice-first world

Use the customer's record profile & the platform's Smart Routing determines which self-service options are available.

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 22



Solution overview for
# DATA INTEGRATIONS

**FINANCIAL DATA INTERFACE BRIDGE PLATFORM**     **HD 2.0 | FUSION**

## IMPACT HD 2.0 | FUSION  Data Interface Bridge platform

HD 2.0 | FUSION Data interface bridge platform is designed for Information Technology departments, Data Infrastructure Engineering and Network Operations business units for financial institutions.

If you could magically merge all your systems into one powerful platform, would you? Now you can with HD 2.0 | FUSION!

Now you can seamlessly unite all your systems into one financial ecosystem platform unifying all critical business processes as well as accelerating key operational functions, while enjoying real-time reporting data visibility.

### SOLUTIONS

- Financial Data Integration
- System of Records Centrification
- Revolutionary Rules Engine
- Full Battery of APIs

### BENEFITS

- Secure external facing services
- Multi-channel glass panel Dashboards
- Access to Big Data
- Data gathering on-demand





Solution overview for
## DATA WAREHOUSE

HD™ 2.0 | CUBE

FINANCIAL DATA WAREHOUSE PLATFORM

**HD 2.0 | CUBE**

## IMPACT HD 2.0 | CUBE  Data Warehouse platform

HD 2.0 | CUBE Data Warehouse platform is designed for Information Technology departments, Data Analytics and Data science business units for financial institutions.

Financial data is meaningful to all organizations as it must represent key data measurements of the business, such as sales, profits, expenses, budgets, revenues, risks, security, financial forecasts and more. These measurements are compiled data-sets that are mathematically computed in summary or in detailed form, traditionally referred to as a data CUBE. A multi-dimensional data-set, sliced & diced data, or CUBE information is traditionally treated by dropping it onto an Excel spreadsheet, then manually applying mathematical computations & pivots for recomputed results. The problem with creating such multi-dimensional data-sets or CUBEs from spreadsheets is that the data isn't real-time, it rapidly become stale & carries virtually zero referential data integrity to production data sources or system of records.

HD 2.0 | CUBE generates multi-dimensional data-sets from multiple system of records and data sources by crafting its output using a "Financial Decisioning Rules Engine" employing real-time analytical data evaluations and calculations on-demand. This data is like no other because the data representation includes pre-disposed rule based calculations and in parallel dynamic production financial data aggregation.

### SOLUTIONS

- Financial Decisioning Rules Engine
- Visual Data Workflows
- Revolutionary built-in data previewer
- Data logic versioning controls

### BENEFITS

- Data compilation preview outputs
- Dynamic Data Cube auto-annotations
- Data point in time snap-shots
- Data roll back features



# ROI Employing an Omni-Channel
# Collections Platform

**HD 2.0 | Ai Digital Engagement Collections Platform**

## Why old Collections Practices no longer work

There is no denying we're in the age of the customer. To reach the new generation of debtors we must pivot to their needs and types of interaction behaviors. Ultimately, they one thing in common: all expect effortless, intuitive service experiences that deliver precisely what they need when they need it. And now more than ever, they expect to get resolution by using the simple power of their voice, the frictionless experience of apps, texting and/or AI voice activated devices such as Google Home or Alexa.

## Two elements for a successful digital Omni-channel collectons transformation

### #1 An Integrated AI Tech Stack Debt Collections Platform

### #2 Built-in Omni-Channel Outbound & Inbound Debtor Engagement Technology

# 40%

Of consumers prefer to engage with organizations using voice assistants & digital channels

Customers, **resolve** straightforward **customer service interactions via self-service.**

**- Forrest Research** [1]

# 50%

say IVR is the biggest source of customer service frustration [2]



1.Conversational Commerce: Why Consumers Are Embracing Voice Assistants in Their Lives. CapGemini
2.Get It Right: Deliver the Omni-Cannel Support Customers Want. Ovum Research

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 25



# How CSS can help?

We can help you implement a fully integrated omni-channel customer service digital engagement system that will:

increase | overhead savings

on average companies save

# 65%

of their agent staff phone engagement budget



CSS IMPACT Enterprise Financial Ecosystems All rights reserved | page 26

# Data Center Certifications





Global compliance
# IMPACT CSS Cloud

DATA
CENTERS

# CSS Cloud

CSS Cloud Data Center

**IMPACT HD 2.0 | CSS CLOUD**

## IMPACT HD 2.0 | CSS Cloud

Global Compliance Programs & Certifications for IMPACT HD 2.0 | CSS Cloud TIER 3 (included).



### NIST

National Institute
of Standards and
Technology



### ISO 27001

Security
Management
Controls



### PCI DSS
### Level 1

Payment Card
Standards



### HITRUST
### CSF

Health
Information Trust



### SOC 1

Type 2 Audit
Control
Report



### SOC 1

Type 2
Bridge
Letter



### SOC 2

Type 2 Audit
Control
Report



### SOC 2

Type 2
Bridge
Letter

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 28

Global compliance
# Amazon AWS Cloud

DATA
CENTERS

# AWS Cloud

AWS Cloud Data Center          **IMPACT HD 2.0 | AMAZON AWS CLOUD**

## IMPACT HD 2.0 | AMAZON AWS Cloud

Global Compliance Programs & Certifications for IMPACT HD 2.0 | AMAZON AWS Cloud TIER 2 (optional).









**CSA**

Cloud Security
Alliance Controls

**ISO 9001**

Global Quality
Standard

**ISO 27001**

Security
Management
Controls

**ISO 27017**

Cloud Specific
Controls









**PCI DSS
Level 1**

Payment Card
Standards

**SOC 1**

Audit Controls
Report

**SOC 2**

Security,
Availability, &
Confidentiality

**NIST**

National Institute
of Standards and
Technology

# Global compliance
# Amazon AWS GovCloud

DATA
CENTERS

# AWS GovCloud

AWS GovCloud Data Center          **IMPACT HD 2.0 | AMAZON AWS GovCloud**

## IMPACT HD 2.0 | AMAZON AWS GovCloud

Global Compliance Programs & Certifications for IMPACT HD 2.0 | AMAZON AWS GovCloud TIER 1 (optional).











**CSA**
Cloud Security
Alliance Controls

**ISO 9001**
Global Quality
Standard

**ISO 27001**
Security
Management
Controls

**ISO 27017**
Cloud Specific
Controls

**ISO 27018**
Personal Data
Protection







**PCI DSS
Level 1**
Payment Card
Standards

**SOC 1**
Audit Controls
Report

**SOC 2**
Security,
Availability, &
Confidentiality

**SOC 3**
General Controls
Report

**NIST**
National Institute
of Standards and
Technology

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  |  page 30

National compliance
# Amazon AWS GovCloud

DATA
CENTERS

# AWS GovCloud

AWS GovCloud Data Center        **IMPACT HD 2.0 | AMAZON AWS GovCloud**

## IMPACT HD 2.0 | AMAZON AWS GovCloud

National Compliance Programs & Certifications for IMPACT HD 2.0 | AMAZON AWS GovCloud TIER 1 (optional).











**CJIS**
Criminal Justice
Information
Services

**DoD SRG**
DoD Data
Processing

**FedRAMP**
Government
Data Standards

**FERPA**
Educational
Privacy Act

**FFIEC**
Financial
Institutions
Regulation











**FIPS**
Government
Security
Standards

**FISMA**
Federal
Information
Security

**GxP**
Quality
Guidelines and
Regulations

**HIPAA**
Protected Health
Information

**HITRUST
CSF**
Health
Information Trust

CSS IMPACT Enterprise Financial Ecosystems All rights reserved  | page 31

Concierge professional technical services designed to cater as an extension of your internal team.



877-277-4621  |  cssimpact.com

CSS, Inc. – Financial Ecosystems - All Rights Reserved



Business consulting services
designed to cater to
your business.

877-277-4621   |   cssimpact.com
CSS, Inc. – Financial Ecosystems - All Rights Reserved

# Turnkey

### centralized financial ecosystem platforms is what we do.



Financial systems so good, businesses
practically run themselves.

CSS, Inc. – Financial Ecosystems - All Rights Reserved



877-277-4621   |   cssimpact.com

CSS, Inc. – Financial Ecosystems - All Rights Reserved