

+1 (559) 539-4026

Today 9:55 AM

Call us at 1-800-824-6191 or pay online using reference number 221095388 at text.fncbinc.com/fncb. Reply STOP to stop texts.

ROM: First National Collection Bureau, Inc.
TO: Jaeyup
We are contacting you