UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>FIRST NATIONAL COLLECTION )<br>BUREAU, INC.; )<br>)<br>  Defendant. )<br>)<br>_____ ) | CASE NO:  22-cv-8112-WHA<br><br>**DECLARATION OF MICHAEL GARLIE** |

I, Michael A. Garlie, declare as follows:

1. I have personal knowledge of all facts stated herein. The facts set forth below include my own acts, or facts and events I personally witnessed. The following statements are true and correct. If called to testify about these facts, I could testify thereto based on my personal knowledge.

2. I am a Principal at Grobstein Teeple, LLP and lead the E-discovery and Forensic Technology group. I conduct forensic examinations and investigations and provide expert testimony on forensic data collection and e-discovery matters. I have practiced in the e-discovery and forensic industry for over twenty years.

3. I have a Bachelor of Science degree in Information Technology with a specialization in Information Security and a Master of Science in Cybersecurity with a specialization in digital forensics from Utica University, a National Center of Academic Excellence in Cyber Defense Education designated by both the National Security Agency (NSA) and

Department of Homeland Security (DHS). I am also a certified e-discovery specialist as administered by ACEDS.

4. A true and correct copy of my C.V. is attached hereto as Exhibit A.

5. I have reviewed marketing brochures of CSS Impact financial ecosystems provided by Ronald Cupp.

6. Per my experience and the information provided to me at this time, I am unable to determine whether the capacity for ATDS exists on the Defendants' IT system(s). To determine this capacity would require discovery on information pertaining to Defendants' IT system(s) and their contracts with CSS Impact software.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of February 2023, at Redwood City, California.

DocuSigned by:

Michael Garlie

45E9E49D07C54FD...

Michael Garlie