

Michael A. Garlie, CEDS, CBE, CCFA
Head of E-Discovery and Forensic Technology
Grobstein Teeple LLP
mgarlie@gtllp.com

## Areas of Expertise

Mr. Garlie oversees the E-Discovery and Forensic Technology group at the firm. Mr. Garlie provides technical professional consulting services in the areas of e-discovery, digital forensics, and cybersecurity. Mr. Garlie has over twenty years of related professional experience and in-depth formal training in cybersecurity and digital forensic from Utica University, a National Center of Academic Excellence in Cyber Defense Education designated by both the National Security Agency (NSA) and Department of Homeland Security (DHS).

- **Digital Forensics Collections**– Acquiring data from mobile devices, enterprise servers, networks, desktops, laptops, and cloud data accounts.
- **Cybersecurity Investigation** – Performing onsite incident response, breach and ransomware investigations.
- **Technology Advisory Consulting** – Advising corporations and high-wealth individuals on cybersecurity strategies.
- **E-Discovery Consulting –** Administering e-discovery platforms to include data processing, managing attorney review teams, processing document productions to opposing counsel. Proficient in Reveal, Relativity, Everlaw, CS Disco and Logikcull.

## Employment History

- **Grobstein Teeple LLP, San Francisco, California (2022 – present):**
    - As the Head of E-Discovery and Forensic Technology group, I lead a professional services team of e-discovery project managers and digital forensics examiners to collect digital evidence in a forensically sound manor. Our team facilitates cyber breach investigations, litigation and discovery review and technical advisory services.

- **GCI Data, San Carlos, California (2018 – 2022):**
    - As President of GCI Data, Mr. Garlie performed digital forensic collections of Mr. Garlie performed digital forensic examinations, wrote narrative forensic reports and testified as an expert witness in depositions, hearings and trials.

- **CS Disco, San Francisco, California (2017 – 2018):**
    - As Regional Sales Manager, Mr. Garlie was responsible for business development of digital forensic collection services, e-discovery processing and hosting in CS



    Disco's proprietary e-discovery platform. In addition, Mr. Garlie managed the collections and technology assisted review within the platform, leveraging Disco's artificial intelligence to facilitate document review by attorney review teams.

- **DSU Discovery, San Francisco, California (1999 – 2017):**
    - As Managing Partner of DSU Discovery, Mr. Garlie oversaw all operation of the company to include managing the sales team, project managers and data analysts. DSU Discovery provided litigation support services that include document imaging, digital forensic collection, e-discovery processing and hosted review solutions. Mr. Garlie was instrumental in developing and overseeing the systems and processes used to handle its law firms' clients sensitive electronically stored information (ESI).

## Certifications and Continuing Education
- CEDS - Certified E-Discovery Specialist
- CBE - Certified Blacklight Examiner
- CCO - Cellebrite Certified Operator
- CMFF - Cellebrite Mobile Forensic Fundamentals
- CCPA - Cellebrite Certified Physical Analyst

## Education
- MS, Cybersecurity with Specialization in Digital Forensics, Utica University, 2020
- BS, Information Technology, University of Phoenix, 2017
- Computer Information Systems, Colorado State University 1999

## Professional Affiliations
- ACEDS - Association of Certified E-Discovery Specialists.
- HTCIA - High Technology Crime Investigation Association, Silicon Valley Chapter
- ACFE – Association of Certified Fraud Examiners
- CALI – California Association of Licensed Investigators

## Publications
- California Consumer Privacy Act of 2018: A Study of Compliance and Associated Risk – Utica University, ProQuest Dissertations Publishing, 2020. 27963326.

## Expert Witness Testimony
- Trial Testimony - Case No. MSD17-04905, 10/31/2019, Superior Court of California County of Contra Costa, Martinez, California, Viktoria Feagley vs Eric Feagley, Dissolution of Marriage Without Children.



- Trial Testimony - Case No. 18-002292-CK, 2/13/2020, State of Michigan 31st Circuit Court St. Clair County, Port Huron, Michigan, Daniel Mitchell vs Marketing Corporation of America et al., Contracts.
- Deposition Testimony - Case No. 01-18-0001-0700, 12/16/2020, American Arbitration Association, Ron Verlin vs University of the Pacific, et al., Wrongful Termination.
- Trial Testimony - Case No. 01-18-0001-0700, 12/16/2020, American Arbitration Association, Ron Verlin vs University of the Pacific, et al., Wrongful Termination.
- Trial Testimony – Case No. 20DV000840, 5/3/2021, Santa Clara County Superior Court, Victor Alam vs Daniela Farina, Family Court.
- Hearing Testimony – JAMS Ref No.110011127, 2/14/2022, Superior Court of the State of California, County of San Francisco, Nextpulse, LLC vs Brunswick Corporation, Contracts.
- Federal Court Testimony – Case No. 21051255 MEH, 9/29/2022, United States Bankruptcy Court, Northern District of California, San Jose Division, Dutchints Development, LLC (Debtor), Bankruptcy.