Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP

CASE No C 3:22-CV-08112-WHA

Plaintiff(s)

v.

ADR CERTIFICATION BY
PARTIES AND COUNSEL

First National Collection Bureau, Inc.

Defendant(s)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 24, 2023        /s/ Lesley Tennison
                               _____
                                          Party

Date: February 23, 2023        /s/ Brett B. Goodman
                               _____
                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: February 23, 2023        /s/ Brett B. Goodman
                               _____
                                          Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Print Form

Form ADR-Cert rev. 1-15-2019

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 24, 2023

                                              By:  */s/ Brett B. Goodman*
                                                   Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127