**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
First National Collection Bureau, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>　　　　Defendants. | CASE NO.: 3:22-cv-08112-WHA<br><br>**DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S REQUEST FOR REMOTE APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

Defendant First National Collection Bureau, Inc. ("Defendant"), hereby requests that its counsel be permitted to appear by remote means at the Initial Case Management Conference set for June 8, 2023 at 11:00 a.m. in Courtroom 12 – 19th Floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102. Good cause exists to grant this request because counsel for Defendant resides outside this District in San Diego. Defendant further certifies that its counsel will be prepared to meaningfully participate in the proceedings via Zoom or other remote means.

Accordingly, Defendant requests that its counsel be permitted to appear by remote means to avoid incurring travel expenses for an in-person appearance by counsel.

Dated: May 26, 2023  **GOODMAN LAW FIRM, APC**

By: _/s/ Brett B. Goodman_
Brett B. Goodman
Attorneys for Defendant
First National Collection Bureau, Inc.

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 26, 2023

                                              By:  */s/ Brett B. Goodman*
                                                      Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127