Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929
ronc2009@gmail.com
Plaintiff In *Pro Se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp | ) CASE NO: 22-cv-08112-WHA |
| | ) HON. WILLIAM H. ALSUP |
| Plaintiff, | ) |
| | ) SETTLEMENT AND DISMISSAL WITH |
| vs. | ) PREJUDICE. AS TO DEFENDANT FIRST |
| | ) NATIONAL COLLECTION BUREAU, INC. |
| FIRST NATIONAL COLLECTION | ) |
| BUREAU, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and between *Pro Se* Plaintiff, Ronald Cupp, and Defendant, FIRST NATIONAL COLLECTION BUREAU, INC. ("Defendant"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned action and all claims asserted by Plaintiff

against Defendants therein are hereby voluntarily dismissed with prejudice in their entirety against Defendants.

The Parties shall each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED: September 16, 2023

/s/ Ronald Cupp

_____
Ronald Cupp
Plaintiff In Pro Se

/s/ Brett Goodman

_____
Brett Goodman, Attorney for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.